■ VILLAGE OF CLAYVILLE, Appellant, v STEARNS & WHEELER ENGINEERS AND SCIENTISTS et al., Respondents. [735 NYS2d 847] —Order unanimously reversed on the law without costs, complaint reinstated and new trial granted in accordance with the following Memorandum: Supreme Court abused its discretion in denying the request of plaintiff for a one-day continuance to allow its expert witness to testify (*see, Stevens v Auburn Mem. Hosp.*, 286 AD2d 965; *Halloran v Spina Floor Covering*, 185 AD2d 149; *Cirino v St. John*, 146 AD2d 912, 913). In addition, the court erred in *sua sponte* dismissing the complaint before plaintiff rested its case (*see, McGhee v New York City Hous. Auth.*, 243 AD2d 544; *Cass v Broome County Co-op. Ins. Co.*, 94 AD2d 822, 823; *Balogh v H.R.B. Caterers*, 88 AD2d 136, 141). We therefore reverse the order, reinstate the complaint and grant a new trial before a different Justice. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Negligence.) Present—Green, J. P., Kehoe, Burns, Gorski and Lawton, JJ.